In the Matter of the Application of DIEDRICH VON DER LIETH, Petitioner, for a Certiorari Order against NEW YORK STATE LIQUOR AUTHORITY, Respondent. — Order of certiorari to review determination of respondent in revoking the restaurant liquor license of the petitioner, unanimously dismissed, and deter-

mination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.